**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 02-7469**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHRISTIAN E. UBAKANMA,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CR-97-108-PJM)

─────────

Submitted:  January 17, 2003        Decided:  February 14, 2003

─────────

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Christian E. Ubakanma, Appellant Pro Se. David Ira Salem, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christian E. Ubakanma appeals the district court's order dismissing his 28 U.S.C. § 2255 (2000) motion without prejudice because it was filed prior to the entry of the amended criminal judgment. Because the dismissal was without prejudice and Ubakanma could refile his § 2255 motion, his appeal is interlocutory and not subject to appellate review under Domino Sugar Corp. v. Sugar Workers Local 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED